MARY E. STRANCE et al., Appellants, *v.* MARTIN's, INC., Respondent, et al., Defendant.

Argued June 16, 1943; decided July 20, 1943.

*Solomon Pearlman* and *Louis Barnett* for appellants.
*William B. Davis* and *E. C. Sherwood* for respondent.

Judgments reversed and a new trial granted, with costs to the appellants to abide the event on the ground that the evidence presents questions of fact in regard to the defendant's negligence and the plaintiffs' freedom from contributory negligence. No opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., DESMOND and THACHER, JJ.